IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**KEITH LEMOND HOLMES, #103361**                                       **PLAINTIFF**

**VERSUS**                                     **CIVIL ACTION NO. 3:08-cv-113-HTW-LRA**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**
**PAROLE BOARD**                                                 **DEFENDANT**

<u>FINAL JUDGMENT</u>

This cause is before the Court, *sua sponte*, for consideration of dismissal.  As reflected in the Memorandum Opinion and Order of the Court issued this day, Plaintiff's claims are not cognizable under Title 42 U.S.C. § 1983.  Consequently, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed pursuant to Title 28 U.S.C. § 1915(e)(2)(B)(ii), with prejudice, for failure to state a claim upon which relief may be granted.

Since this case is dismissed in accordance with the above mentioned provision of the Prison Litigation Reform Act, it will be counted as a "strike" pursuant to Title 28 U.S.C. § 1915(g).

SO ORDERED AND ADJUDGED, this the 25th  day of April, 2008.

                                                 s/ HENRY T. WINGATE
                                                CHIEF UNITED STATES DISTRICT JUDGE